TERRY E. SANCHEZ (State Bar No. 101318)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: Terry.Sanchez@mto.com

ANNE M. VOIGTS (State Bar No. 220783)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Anne.Voigts@mto.com

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HECTOR MALDONADO, | CASE NO. C-05-01644-MMC |
|---|---|
| Plaintiff, | EX PARTE REQUEST AND [PROPOSED] ORDER TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| vs. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, TARA GARBUTT, AND DOES 1-10, | Date: August 19, 2005<br>Time: 10:30 a.m.<br>Ctrm: 7 |
| Defendant. | |

Pursuant to Civil Local Rule 16-10(a), defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") respectfully requests leave of the Court to allow counsel, Terry E. Sanchez, to participate in the initial Case Management Conference, scheduled for August 19, 2005, by telephone. In support of its request, Merrill Lynch states as follows:

1118085.1

1. The initial Case Management Conference in this matter has been scheduled for Friday, August 19, 2005, at 10:30 a.m.

2. Lead Counsel for Merrill Lynch, Terry E. Sanchez, works and resides in Los Angeles, California. Accordingly, participating by phone will also save the client significant fees.

3. Lead Counsel for Merrill Lynch, Terry E. Sanchez, can be reached by telephone at 10:30 a.m. on Friday, August 19, 2005, at (213) 683-9179.

DATED: August 12, 2005                           MUNGER, TOLLES & OLSON LLP

By: _____
        Anne M. Voigts

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that ~~Terry E. Sanchez,~~ **all parties** counsel for ~~defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated,~~ shall ~~be allowed to~~ participate in the initial Case Management Conference at 10:30 a.m., August 19, 2005, by telephone.

Dated: August 12, 2005                           _____
                                                 Maxine M. Chesney
                                                 United States District Judge