IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MALDONADO, | No. C 05-1644 MMC |
| Plaintiff, | **ORDER DENYING STIPULATED REQUEST TO CONTINUE TRIAL DATE AND ASSOCIATED CASE MANAGEMENT DEADLINES** |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | |
| Defendant | |

Before the Court is the parties' stipulation, filed October 21, 2005, by which the parties seek to continue the trial date for two months, and to continue all pretrial deadlines accordingly.

Having reviewed the parties' stipulation, the Court finds the parties have failed to set forth good cause to continue the trial date.

Accordingly, the parties' stipulated request to continue is hereby DENIED, without prejudice to the parties' seeking an extension of the discovery cut-off dates.

**IT IS SO ORDERED.**

Dated: October 24, 2005

MAXINE M. CHESNEY
United States District Judge