TERRY E. SANCHEZ (State Bar No. 101318)
AILSA W. CHANG (State Bar No. 217917)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
E-mail:           Terry.Sanchez@mto.com

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR MALDONADO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED AND DOES 1-10,<br><br>　　　　　　Defendant. | CASE NO.  C-05-01644-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATES AND DEADLINE FOR DISPOSITIVE MOTIONS** ; ORDER GRANTING STIPULATION IN PART<br><br>**The Honorable Maxine M. Chesney** |

WHEREAS, the Court has set a trial date and initial case management deadlines for this matter;

WHEREAS, Anne M. Voigts was the primary attorney assigned to this matter at Munger, Tolles & Olson LLP, the law firm representing Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated;

//

//

1  WHEREAS, lead trial counsel for Plaintiff Hector Maldonado will be in trial in
2  late November and early December 2005, requiring postponement of depositions until after that
3  trial has concluded;
4  WHEREAS, lead trial counsel for Defendant Merrill Lynch, Pierce, Fenner &
5  Smith Incorporated will be in arbitration in November 2005, also requiring postponement of
6  depositions until after that arbitration has concluded;
7  WHEREAS, the parties have met and conferred on the continuance of the trial date
8  and all associated case management deadlines and stipulate to the entry of an order to the
9  following effect through their counsel of record:
10  IT IS HEREBY STIPULATED that (1) the parties will conclude non-expert
11  discovery on February 23, 2006; (2) the parties will conclude expert discovery on March 24,
12  2006; and (3) dispositive motions shall be filed no later than April 7, 2006. The trial date and all
13  other case management deadlines will remain as currently scheduled.

Respectfully submitted,

DATED: October 25, 2005

SUNDEEN SALINAS AND PYLE
ROBERT SALINAS
PAMELA KONG

By: /s/ ROBERT SALINAS

Attorneys for Plaintiff
HECTOR MALDONADO

| | |
|---|---|
| 1 | |
| 2  DATED: October 25, 2005 | MUNGER, TOLLES & OLSON LLP |
| 3 | TERRY E. SANCHEZ |
|   | AILSA W. CHANG |
| 4 | By: *Terry E. Sanchez* /awc |
| 5 | TERRY E. SANCHEZ |
| 6 | Attorneys for Defendants |
|   | MERRILL LYNCH, PIERCE, FENNER & |
| 7 | SMITH INCORPORATED |

1135466.1

- 3 -

STIPULATION AND ORDER CONTINUING
TRIAL DATE AND DEADLINES – C 05-01644
MMC

**ORDER OF THE COURT**

IT IS HEREBY ORDERED that:

(1) The parties will conclude non-expert discovery on ___February 23___, 2006.

(2) The parties will conclude expert discovery on ___March 24___, 2006.

(3) Dispositive motions shall be filed no later than ___March 10___, 2006.

Dated: October 25, 2005

_____
The Honorable Maxine M. Chesney