ROBERT SALINAS, SBN 184260
PAMELA KONG, SBN 220912
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone:   510.663.9240
Telefax:     510.663.9241

Attorneys for Plaintiff
HECTOR MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED AND DOES 1-10,<br><br>Defendant. | CASE NO. C-05-01644-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESS DESIGNATION AND ASSOCIATED DEADLINES**<br><br>**The Honorable Maxine M. Chesney** |

WHEREAS, the Court has set deadlines for discovery related to expert witnesses;

WHEREAS, Defendants contend that Plaintiff was terminated for violations of Merrill Lynch's policies governing the use of computers and electronic communications;

WHEREAS, on December 20, 2005 Defendants produced documents containing information about Plaintiff's Internet use derived from the hard drive of his computer while employed by Merrill Lynch;

WHEREAS, on December 22, 2005, Plaintiff's counsel met and conferred with Defendants' counsel about inspecting said hard drive and Defendants' counsel told Plaintiff's counsel that she would have to confer with her client;

WHEREAS, on December 23, 2005, counsel for Defendants confirmed in writing

1  to Plaintiff's counsel that Defendants are in possession of said hard drive;

2        WHEREAS, on December 28, 2005, Plaintiff, propounded upon Defendants a
3  request for said hard drive;

4        WHEREAS, on December 30, 2005 Defendants produced electronic discovery
5  containing a document entitled "Maldonado Internet Parser Report by Gerry Webber";

6        WHEREAS, Plaintiff intends to designate an expert witness on the subject of the
7  contents of said hard drive and is required to produce a report pursuant to Rule 26;

8        WHEREAS, on January 5, 2006, during a meet and confer telephone conference
9  between counsel for the parties, Plaintiffs' counsel asserted that the hard drive should have been
10 produced in response to prior discovery requests; in response, defendants' counsel stated that they
11 required time to consider this and would respond by January 9, 2006;

12       WHEREAS, Plaintiffs' counsel discussed the need for Plaintiff's computer expert
13 to have access to the hard drive in order to prepare the required report per Rule 26;

14       WHEREAS, the parties have met and conferred on the continuance of the deadline
15 to disclose expert witnesses and all associated deadlines and stipulate to the entry of an order to
16 the following effect through their counsel of record:

17       THE PARTIES HEREBY respectfully submit this stipulated request that (1) the
18 parties will designate expert witnesses no later than January 27, 2006, or the next available date
19 thereafter convenient to the court; (2) expert rebuttals will be filed no later than February 17,
20 2006, or the next available date thereafter convenient to the court; and (3) the parties will
21 conclude expert discovery on April 3, 2006, or the next available date thereafter convenient to the
22 court.

23 //
24 //
25 //
26 //
27 //
28

Respectfully submitted,

DATED: January 6, 2006

SUNDEEN SALINAS & PYLE
ROBERT SALINAS
PAMELA KONG

By: _____
ROBERT SALINAS

Attorneys for Plaintiff
HECTOR MALDONADO

DATED: January 6, 2006

MUNGER, TOLLES & OLSON LLP
TERRY E. SANCHEZ
AILSA W. CHANG

By: _____
TERRY E. SANCHEZ

Attorneys for Defendants
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

- 3 -

STIPULATION AND ORDER CONTINUING
EXPERT WITNESS DESIGNATION AND
ASSOCIATED DEADLINES C 05-01644 MMC

## ORDER OF THE COURT

IT IS HEREBY ORDERED that:

(1) The parties will designate experts no later than  January 27 , 2006.

(2) Expert rebuttals will be filed no later than  February 17 , 2006.

(3) The parties will conclude expert discovery on  April 3 , 2006.

Dated: January 9, 2006

_____
The Honorable Maxine M. Chesney