**ROBERT SALINAS, SBN 184260**
**PAMELA KONG, SBN 220912**
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California  94612
Telephone:     510.663.9240
Telefax:        510.663.9241

Attorneys for Plaintiff
HECTOR MALDONADO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR MALDONADO | Case No. C 05-01644-MMC |
| Plaintiff, | **STIPULATION ~~AND [PROPOSED]~~ ~~ORDER~~ CONTINUING TRIAL DATE AND ASSOCIATED CASE MANAGEMENT DEADLINES**  AND ORDER THEREON |
| vs. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and DOES 1-10, | **The Honorable Maxine M. Chesney** |
| Defendants. | |

WHEREAS, the Court has set a trial date and case management deadlines in this matter;

WHEREAS, the two main actors in this matter, plaintiff and plaintiff's supervisor, have been deposed and one other member of defendant's management team will be deposed by January 26, 2006;

WHEREAS, this matter involves a significant number of decision-makers and witnesses (Seven additional depositions are currently set, with at least three more anticipated.), including expert witnesses, because computer issues are involved, as well as damages witnesses, including psychological damage;

WHEREAS, a number of depositions have and will be set as expert disclosure deadlines approach, such that the parties will incur significant attorney fees and costs;

WHEREAS, the parties have exchanged extensive paper discovery, including a computer hard-drive, CDs with internet histories, Merrill Lynch's policies and the like;

WHEREAS, plaintiffs have propounded requests for additional documents and things, including all of the computer hard-drives at plaintiff's former branch office;

WHEREAS, the parties have engaged in several discussions and agree that the completion of discovery will result in substantial and expenditure of attorney fees and out-of-pocket costs;

WHEREAS, the parties further agree that if there is a chance for informal resolution, the time is now, before these considerable costs and fees are incurred by the parties;

WHEREAS, pursuant to this court's order, the parties have agreed upon and have selected for mediation, Hon. Richard Hodge, Retired Judge of the Alameda County Superior Court and a mediation date has been scheduled for March 1, 2006;

WHEREAS, an informal resolution will conserve the time and resources of the parties and of the court;

WHEREAS, it is impossible for the parties to complete mediation and discovery without incurring considerable costs and attorney time under the current scheduling order; the parties respectfully request that this court reconsider the parties' prior request, and continue the trial for 60 days to the week of August 7, 2006, or to the next available date thereafter convenient to the court, and adjust the scheduling order accordingly.  Alternatively, the parties respectfully request that this court extend the current scheduling order as follows:

(1) the parties will disclose experts by February 27, 2006, or the next available date thereafter convenient to the court;

(2) the parties will designate rebuttal experts by March 17, 2006, or the next available date thereafter convenient to the court;

(3) the parties will conclude non-expert discovery on March 27, 2006, or the next available date thereafter convenient to the court;

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND ASSOCIATED CASE MANAGEMENT DEADLINES**

Case No. C 05-01644 MMC
**-2-**

1    (4) the parties will conclude expert discovery on April 24, 2006, or the next available

2    date thereafter convenient to the court;

3    (5) dispositive motions shall be filed no later than May 9, 2006, or the next available date

4    thereafter convenient to the court.

5                                                Respectfully submitted,

6

7

8    DATED:  January __25__, 2006                SUNDEEN SALINAS AND PYLE
                                                    ROBERT SALINAS
9                                                   PAMELA KONG

10                                               By:_____/S/_____
                                                         ROBERT SALINAS
11
                                                 Attorneys for Plaintiff
12                                               HECTOR MALDONADO

13   DATED:  January __25__, 2006                MUNGER, TOLLES & OLSON LLP
                                                    TERRY E. SANCHEZ
14                                                  AILSA W. CHANG

15                                                        /S/
                                                 By:_____
16                                                       TERRY E. SANCHEZ

17                                               Attorneys for Defendants
                                                 MERRILL LYNCH, PIERCE, FENNER &
18                                               SMITH INCORPORATED

19

20

21

22

23

24

25

**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND
ASSOCIATED CASE MANAGEMENT DEADLINES**

Case No. C 05-01644 MMC
**-3-**

1

2

3

## <u>ORDER OF THE COURT</u>

4

The parties having failed to show good cause for a continuance of the trial date,

5

IT IS HEREBY ORDERED that:

6

7

(1) The jury trial currently scheduled for Monday, June 5, 2006 at 9:00 a.m. ~~be continued to~~

8

_remains unchanged._   ~~2006 at 9:00 a.m.~~

9

10

(2) The parties will conclude non-expert discovery on _____March 17_____, 2006.

11

12

(3)The parties will designate experts no later than _____February 27_____, 2006.

13

14

(4) Expert rebuttals will be filed no later than _____March 17_____, 2006.

15

16

(5)The parties will conclude expert discovery on _____April 24_____, 2006.

17

18

(6) Dispositive motions shall be filed no later than _____March 24_____, 2006.

19

20

(7) Further status conference statements will be due than _____March 3_____, 2006.

21

22

(8) A further status conference currently scheduled for March 3, 2006 at 10:30 a.m. will be continued to

23

_____March 10_____, 2006 at 10:30 a.m.

24

25

(9) Lead trial counsel shall meet and confer no later than _____April 25_____, 2006.

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND
ASSOCIATED CASE MANAGEMENT DEADLINES**

Case No. C 05-01644 MMC
**-4-**

1

2   (10) The pretrial conference date currently scheduled for May 23, 2006 at 3:00 p.m. ~~is hereby continued~~

3   ~~to than~~ _____remains unchanged._____ , ~~2006 at 3:00 p.m.~~

4

5

6

7   Dated:   __January 27, 2006___                   _____

8                                                   The Honorable Maxine M. Chesney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND
ASSOCIATED CASE MANAGEMENT DEADLINES**

Case No. C 05-01644 MMC