United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HECTOR MALDANADO,

         Plaintiff,

  v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

         Defendant

                              /

No. C 05-1644 MMC

**ORDER REFERRING TO MAGISTRATE
JUDGE PLAINTIFF'S MOTION TO
COMPEL**

      Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to
Compel Further Response to Plaintiff's Third Requests for Production of Documents and
Requests for Production of Documents Served With Plaintiff's Notices of Deposition to
Defendant's Employees, filed February 21, 2006, and all other discovery disputes, are
referred to a Magistrate Judge to be heard and considered at the convenience of the
assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice
from the assigned Magistrate Judge's chambers.

      The hearing date of March 31, 2006 before the undersigned is VACATED.

      **IT IS SO ORDERED**.

Dated:  February 22, 2006



MAXINE M. CHESNEY
United States District Judge