```
 1
 2
 3
 4
 5
 6
 7                  UNITED STATES DISTRICT COURT
 8                 NORTHERN DISTRICT OF CALIFORNIA
 9
10  HECTOR MALDANADO,           )
                                )
11          Plaintiff(s),       )   No. C05-1644 MMC (BZ)
                                )
12      v.                      )   INITIAL DISCOVERY ORDER
                                )
13  MERRILL LYNCH, PIERCE,      )
    FENNER & SMITH, INC.,       )
14                              )
            Defendant(s).       )
15                              )
                                )
16
```

17      All discovery in this matter has been referred to United
18 States Magistrate Judge Bernard Zimmerman.
19      In the event a discovery dispute arises, the parties
20 shall meet in person or, if counsel are outside the Bay Area,
21 by telephone and make a good faith effort to resolve their
22 dispute.  Exchanging letters or telephone messages about the
23 dispute is insufficient.  The Court will not read subsequent
24 positioning letters; parties shall instead make a
25 contemporaneous record of their meeting using a tape recorder
26 or a court reporter.
27      In the event they cannot resolve their dispute, the
28 parties must participate in a telephone conference with the

Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter served on all parties not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties may reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

   After the conference with the Court, if filing papers is deemed necessary, they should be filed **electronically** with the Clerk's Office, with **one hard copy delivered directly to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be scanned for virus before submission.  Briefs may also be submitted by e-mail to the following address in WordPerfect format: bzpo@cand.uscourts.gov

Dated: February 24, 2006

_____
                Bernard Zimmerman
         United States Magistrate Judge

G:\BZALL\-REFS\MALDANADO\INITIAL DISCOVERY ORDER.wpd