1  TERRY E. SANCHEZ (State Bar No. 101318)
   AILSA W. CHANG (State Bar No. 217917)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:     (213) 683-9100
   Facsimile:      (213) 687-3702
5  E-mail:          Terry.Sanchez@mto.com

6  Attorneys for Defendant
   MERRILL LYNCH, PIERCE, FENNER &
7  SMITH INCORPORATED

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | HECTOR MALDONADO,                          | CASE NO.  C-05-01644-MMC
14 |            Plaintiff,                       | STIPULATION RE DISMISSAL OF
                                                   ACTION WITH PREJUDICE; [PROPOSED]
15 |     vs.                                     | ORDER OF COURT
16 | MERRILL LYNCH, PIERCE, FENNER &
     SMITH INCORPORATED, TARA
17 | GARBUTT, AND DOES 1-10,
18 |            Defendants.

1164474.1

STIP. RE DISMISSAL OF ACTION;
[PROPOSED] ORDER C-05-01644-MMC

IT IS HEREBY STIPULATED BY THE PARTIES TO THE ABOVE-ENTITLED ACTION, by and between their respective attorneys of record, as follows: That the Court is requested to enter a dismissal of the entire action, with prejudice, and that such dismissal be entered forthwith. Each party is to bear its own attorneys fees and costs except as set forth in the parties' Agreement and Release.

DATED: March 1, 2006

SUNDEEN, SALINAS & PYLE
ROBERT SALINAS
PAMELA KONG

By: _____
ROBERT SALINAS

Attorneys for Plaintiff
HECTOR MALDONADO

DATED: March 1, 2006

MUNGER, TOLLES & OLSON LLP
TERRY E. SANCHEZ
AILSA W. CHANG

By: _____
TERRY E. SANCHEZ

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

### ORDER

The Court having read and considered the accompanying Stipulation of the Parties, and Good Cause Appearing Therefore, IT IS ORDERED THAT the above-captioned action be dismissed, with prejudice, and that such dismissal be entered forthwith. Each party is to bear its own attorneys fees and costs except as set forth in the parties' Agreement and Release.

DATED: March 31, 2006

_____
UNITED STATES DISTRICT JUDGE